UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:07-CR-107-T-17TBM

ARNOLD BELL.

_____/

ORDER

This cause is before the Court on:

Dkt. 286   Motion for Early Termination of Supervised Release
Dkt. 287   Status Report Memorandum

Defendant Arnold Bell, pro se, seeks early termination of supervised release.

On March 11, 2008, Defendant Arnold Bell was sentenced on the charge of conspiracy with intent to distribute 500 grams or more of cocaine, in violation of 21 U.S.C. Sec. 846 to a term of imprisonment of 188 months, followed by 48 months of supervised release, and a $100.00 special assessment fee.

On March 17, 2011, Defendant Bell's sentence was reduced to 140 months imprisonment. Defendant Bell was released to supervised release on July 3, 2017. Defendant Bell's term of supervised release is scheduled to expire on July 2, 2021.

Defendant Bell's supervising officer at the U.S. Probation Office has filed a Memorandum which indicates that Probation does not oppose Defendant Bell's Motion, but requests that any grant of early termination be made effective July 3, 2019, the halfway point of the imposed term of supervised release.

Case No. 8:07-CR-107-T-17TBM

Defendant Bell has completed more than one year of Defendant Bell's term of supervised release. Pursuant to 18 U.S.C. Sec. 3583(e)(1), I have considered the factors set forth in 18 U.S.C. Secs. 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(6), and (a)(7), and determine that in this case the termination of supervised release is warranted and is in the interest of justice. Accordingly, it is

**ORDERED** that pro se Defendant Arnold G. Bell's Motion for Early Termination (Dkt. 286) is **granted**; however, this Order **shall become effective on July 3, 2019.**

**DONE and ORDERED** in Chambers in Tampa, Florida on this 30th day of April, 2019.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record

U.S.P.O. Charles A. Barrow

Pro Se Defendant:

Arnold G. Bell
5640 Fountain Lake Circle
Apt. 117
Bradenton, FL    32407

2